652 A.2d 280

**Gerald A. STEIN, Appellant,**

v.

**Thomas Davis SCHNEIDER, Appellee.**

Supreme Court of Pennsylvania.

May 18, 1994.

John Joergensen, Philadelphia, for G. Stein.

Thomas Schneider, pro se.

## ORDER

PER CURIAM.

**AND NOW,** this **18th** day of **MAY, 1994,** the transfer of appellant's appeal is refused and the matter returned to the Superior Court.

MONTEMURO, J., is sitting by designation as senior justice pursuant to Judicial Assignment Docket No. 94 R1800 due

to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.